**United States District Court**
**Eastern District of New York**

_____ X

MICHAEL CALVO                                Plaintiff

Docket Number: CV 07-4798

Stipulation of Dismissal

-against-

FIRST REVENUE ASSURANCE, LLC                 Defendant

_____ X

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties, (no attorney having appeared for the Defendant) that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is dismissed, with prejudice and without costs to either party.

_____
Joseph Mauro, Esq. (JM - 8295)
Attorney for Plaintiff

Jan 29, 2008
Date   Central Islip, NY

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY
OF THIS ORDER ON ALL PARTIES UPON RECEIPT.